

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-3226** |
| **SHERIFF CHARLES C. FOTI, JR., ET AL.** | **SECTION "C" (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment is **DENIED**.

New Orleans, Louisiana, this 25 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE